## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

SUSAN MARIE HUNTER,

    Plaintiff,

v.                                    CASE NO. 1:15-cv-00276-MP-GRJ

STATE OF FLORIDA,

    Defendant.

_____/

### O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 5, 2016. (Doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. The plaintiff did file various incomprehensible documents entitled "Notice of Concern", "Notice of Personal Concern", "Notice of Discovery of Accounting" and an Order to the Clerk. None of these appear to be objections to the Report and Recommendation. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted because Plaintiff has failed to follow the orders of the Court and failed to prosecute her case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. This case is DISMISSED and the Clerk shall close the file.

**DONE AND ORDERED** this _20th_ day of October, 2016

                                          *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge